Alberto J. Aguiler

List of Creditors/Matrix

List of Creditors:

Bank of America
100 N Tryon St. STE 170,
Charlotte, NC 28202

Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899

TD Bank N.A
200 Carolina Point Pkwy. Build A 4th Floor
Greenville, SC 29607

Amin Recovery, LLC
6225 Sheridan Drive Ste. 118
Williamsville, NY 14221

Spring Oaks Capital, LLC
1400 Crossways Blvd. STE 100 B
Chesapeake, VA 23320

Northstar Location Services, LLC
4285 Genesee St.
Cheektowaga, NY 14225

Radius Global Solutions, LLC
PO Box 390916
Minneapolis, MN 55439

MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003

Wells Fargo Bank, N.A.

PO Box 393
Minneapolis, MN 55480

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

Financial Recovery Services, INC.
PO Box 21405
Eagan, MN  55121

ERC
PO Box 57610
Jacksonville, FL 32241

Rausch Sturm LLP
300 N.  Executive Drive,  Suite 200
Brookfield, WI 53005

Capital One
P.O. Box 31293
Salt Lake City, UT, 84131

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130

PREMIER Bankcard
3820 N Louise Avenue
Sioux Falls, SD 57107

Midland Credit Management
320 E Big Beaver Rd., Suite 300
Troy, MI 48083

Jefferson Capital Systems LLC

200 14th Ave E
Sartell, MN 56377

Cavalry Portfolio Services
1 American Ln Ste. 220
Greenwich, CT 06831

Absolute Resolutions Investments, LLC
8000 Norman Center Dr Ste 350
Minneapolis, MN 55437

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998

TD Bank
P.O. Box 1448
Greenville, SC 29602

Transworld system Inc,
PO Box 15270
Wilmington, DE 19850

Mass General Brigham
PO Box 418393
Boston, MA 02241

Hollis Cobb Associates
PO Box 279
Norcross, GA 30091

Surgi-Care Inc
PO Box 784452
Philadelphia, PA 19178

CBHV
PO Box 831
Newburgh, NY 12551

Boston Laser Eye Institute

24 Webster Place
Brookline, MA 02446

UNIFIN Inc
PO Box 1608
Skokie, IL 60076

Club Melia
9500 South Dadeland Boulevard Suite 300
Miami, FL 33156

Jefferson Capital Systems LLC
PO Box 11407
Birmingham, AL 35246

Jefferson Capital Systems LLC
16 Mcleland Road
St. Cloud, MN 56303

Citibank NA
5800 South Corporate Place
Sioux Falls, SD  57108

Midland Credit Management Inc
PO Box 2121
Warren, MI 48090

Rubin & Rothman, LLC
1787 Veterans Highway STE 32
PO Box 9003
Islandia, NY 11749

Gragil Associates Inc
PO Box 1010
Pembroke, MA 02359

APS L&M Radiology Inc
10 Little Brook Road
West Wareham, MA 02576
Transworld Systems Inc

PO Box 17221
Wilmington, DE 19850

New England Ear, Nose & Throat/ Facial Plastic Surgery, P.C.
PO Box 14000
Belfast, ME 04915

Holy Family Hospital
PO Box 417060
Boston MA 02241

Lawrence General Hospital
PO Box 7115
Indianapolis, IN 46207

Lawrence General Hospital
Department 0036
PO Box 6960
Champaign, IL 61826

Community Medical Associates
Department 37
PO Box 7115
Indianapolis, IN 46207

UniCare
PO Box 9016
Andover, MA 01810

Northern Essex Community College
100 Elliott Street
Haverhill, MA 01830

The Allen Daniel Associates Inc
PO Box 541614
Waltham, MA 02454


NES of Ohio

2479 Edison Boulevard Unit A
Twinsburg, OH 44087

Credit Control LLC
3300  Rider Trail S Suite 500
Earth City, MO 63045

Credit Control LLC
PO Box 546
Hazelwood, MO 63042

Suttell & Hammer P.S.
PO Box C-90006
Bellevue, WA 98009

The Highline Group Inc
1150 Westford St.
Lowell, MA 01851

Commonwealth of Massachusetts Department of Revenue
PO Box 7011
Boston, MA 02204

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888

Mohela/ Dept of Education
633 Spirit Dr.
Chesterfield, MO 63005

Fedloan Servicing
PO Box 60610
Harrisburg, PA 17106